AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) ) Case No. 18-796 (M)
)
In the Matter of the Search of; one Iphone: model A1784, FCCID: )
BCG-E309A, IC:579C-E3092A. )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___JUDICIAL___ District of ___PUERTO RICO___
(identify the person or describe the property to be searched and give its location):
See Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___5/22/18___
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.  ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on Duty_____ .
            (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for _____ days (not to exceed 30).
                                    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___5/8/18 at 4:01 pm___    _____
                                                  Judge's signature

City and state: ___SAN JUAN, PUERTO RICO___     US MAGISTRATE JUDGE MARCOS E. LÓPEZ
                                                  Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-66(m)/18-796(m) | 05/16/18 17:57 | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

One (1) Iphone, model A1784, FCCID: BCG-E309A, IC: 579C-E309A.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/31/18.

_____
Executing officer's signature
TFO ATF

_____
Joel Colón Justiniano
Printed name and title